PETER F. McLAURIN, Appellant, *v.* THE CUBA COMPANY, Respondent.

*McLaurin* v. *Cuba Co.*, 113 App. Div. 896, affirmed.
(Argued October 22, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 11, 1906, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*George B. Covington* for appellant.

*Howard Mansfield* and *Herbert C. Lakin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.

---

DAVID D. AUGSBURY, as Administrator with the Will Annexed of SARAH A. ROOF, Deceased, Appellant, *v.* LOREN F. SHURTLIFF, Respondent.

*Augsbury* v. *Shurtliff*, 114 App. Div. 626, affirmed.
(Argued October 22, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1906, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and granted a new trial in an action to recover possession of a bank book issued to plaintiff's intestate.

*E. C. Emerson* and *George W. Reeves* for appellant.

*John N. Carlisle* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting: O'BRIEN, J.